AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Victorina ALTAMIRANO-Hernandez (20) | ) | L-22-MJ- |
| Tehuacan, Puebla, Mexico | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 25, 2022** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001 | Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully<br>(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;<br>(2) makes any materially false, fictitious, or fraudulent statement or representation; or<br>(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry. |

This criminal complaint is based on these facts:

On or about August 25, 2022, at approximately 5:12 pm., defendant, Victorina ALTAMIRANO-Hernandez, a citizen & national of Mexico applied for admission into the United States at the Gateway to the Americas Port of Entry in Laredo, Texas, as a pedestrian. At primary inspection, defendant presented to CBP Officer Camelia C. Cardenas, a Texas Identification Card bearing the name & photograph of L.B.R. claiming to be such person & a United States Citizen headed to Laredo, Texas. CBP Cardenas noticed facial inconsistencies between the defendant & the picture on the document presented. Defendant was referred to secondary for further inspection. At secondary, the name on the Texas ID was queried & it was discovered that the person in the ID had a prior arrest. The defendant was asked if she had ever been arrested & she replied "no". Under a sworn statement, the defendant identified herself as Victorina ALTAMIRANO-Hernandez, a citizen & national of Mexico born in Tehuacan, Puebla, Mexico. Defendant admitted she is not a United States Citizen & that she is not the person on the Texas Identification Card she had presented at primary inspection. Facts are based on the defendant's sworn statement & records of U.S. Customs & Border Protection. The defendant was paroled into the United States & an Immigration hold has been placed.

☐ Continued on the attached sheet.

/s/ Jose C. Luna
*Complainant's signature*

Jose C. Luna, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 29, 2022

*Judge's signature*

City and state: Laredo, Texas

Christopher Dos Santos, U.S. Magistrate Judge
*Printed name and title*